**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DAVID WILLIAMS**, | |
| Petitioner, | |
| v. | Case No. 1:18-cv-00520 (TNM) |
| **JEFF SESSIONS**, | |
| Defendant. | |

## MEMORANDUM AND ORDER

Before the Court is Petitioner David Williams' [8] Rule 60 Motion for Relief from Order Denying Mandamus and for Stay. Mr. Williams argues that his underlying [6] Motion for Writ of Mandamus should have been decided by Chief Judge Beryl A. Howell and asks that I refer the Motion to Chief Judge Howell for her to decide. But "[t]he structure of the federal courts does not allow one judge of a district court to rule directly on the legality of another district judge's judicial acts or to deny another district judge his or her lawful jurisdiction." *Dhalluin v. McKibben*, 682 F. Supp. 1096, 1097 (D. Nev. 1988); *see also In re McBryde*, 117 F.3d 208, 225-26 (5th Cir. 1997) ("implicit in [Article III's] grant of power is the limitation that the chief judge cannot sit as a quasi-appellate court and review the decisions of other judges in the district"). So Chief Judge Howell lacks authority to issue a writ of mandamus writ against the Court.

Accordingly, it is hereby **ORDERED** that Mr. Williams' [8] Rule 60 Motion for Relief from Order Denying Mandamus and for Stay is **DENIED**.

**SO ORDERED**.

Dated: August 1, 2018

TREVOR N. MCFADDEN
United States District Judge